■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK RIOLO, Appellant. [739 NYS2d 278] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Klein, J.), rendered September 11, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court correctly determined that the decedent's statement made before his death qualified as both a dying declaration (*see, People v Nieves,* 67 NY2d 125) and an excited utterance (*see, People v Cotto,* 92 NY2d 68, 79).

The defendant's contention that the evidence was legally insufficient to establish his guilt of murder in the second degree is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual

review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Prudenti, P.J., Feuerstein, Luciano and Schmidt, JJ., concur.